United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JORGE SALAZAR, *et al*, § § Plaintiffs, § VS. § SELECT PORTFOLIO SERVICING, INC., § § Defendant. § | CIVIL ACTION NO. 5:20-CV-12 |

## ADVISORY

Before the Court is the Parties' Stipulation of Dismissal With Prejudice (Dkt. No. 4). Having been properly "signed by all parties who have appeared" in this case, *see* FED. R. CIV. P. 41(a)(1)(A)(ii), the stipulation became effective upon filing. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010) ("Because filing a voluntary stipulation of dismissal … is effective immediately, any action by the district court after the filing of such a stipulation can have no force or effect.").

The Clerk of Court is directed to administratively **CLOSE** this case.

**SIGNED** March 22, 2020.

_____
Marina Garcia Marmolejo
United States District Judge

1 / 1